**Mrs. Ben RIPPY, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28152.

Court of Criminal Appeals of Texas.

March 7, 1956.

No attorney on appeal, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is simple assault; the punishment, a fine of $10.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.